# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

MAR 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

~~SEALED BY COURT ORDER~~

GARY ADAMS,

**CR 19   146 WHA**

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(C) –
Possession with Intent to Distribute Heroin;
21 U.S.C. § 841(a)(1), (b)(1)(C) –
Possession with Intent to Distribute Cocaine Base;
21 U.S.C. § 853 – Criminal Forfeiture

---

A true bill.

_Linda Joy_
Foreman

Filed in open court this _28th_ day of
_March, 2019_.

_K. Hom_
**KAREN L. HOM**
Clerk

~~JOSEPH C. SPERO~~
~~UNITED STATES MAGISTRATE JUDGE~~

Bail, $ _no bail arrest warrant_

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

─── OFFENSE CHARGED ───

Count One: 21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Heroin [Class C Felony]
Count Two 21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine Base [Class C Felony]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Count One: 20 years imprisonment, $1,000,000 fine, $100 special assessment, and 3 years of supervised release
Count Two: 20 years imprisonment, $1,000,000 fine, $100 special assessment, and 3 years of supervised release

─── DEFENDANT - U.S. ───
▶ GARY ADAMS

DISTRICT COURT NUMBER
**CR 19   146   WHA**

*(SEALED BY COURT / FILED MAR 28 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA stamps)*

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   _____

Has detainer been filed?  ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Joseph E. Springsteen

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

~~SEALED BY COURT ORDER~~

FILED

MAR 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 19 146 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
| GARY ADAMS, | ) 21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Heroin; |
| Defendant. | ) 21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine Base; |
| | ) 21 U.S.C. § 853 – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Heroin)

On or about July 2, 2018, in the Northern District of California, the defendant,

GARY ADAMS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, to wit: heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

//
//
//
//

INDICTMENT

COUNT TWO:        (21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine Base)

On or about July 2, 2018, in the Northern District of California, the defendant,

GARY ADAMS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:        (21 U.S.C. § 853 – Criminal Forfeiture)

1. The factual allegations contained in Counts One and Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853.

2. Upon a conviction for any of the offenses alleged in One and Two, the defendant,

GARY ADAMS,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), all right, title, and interest in any property constituting or derived from any proceeds defendant obtained, directly or indirectly, as a result of the violation, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to or deposited with a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

INDICTMENT                                    2

All in violation of Title 21, United States Code, Section 853, and pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: March 29, 2019

A TRUE BILL.

*[signature]*

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

*[signature]*

HELEN L. GILBERT
Deputy Chief, General Crimes

(Approved as to form: *[signature]* )
JOSEPH E. SPRINGSTEEN
Assistant United States Attorney

INDICTMENT 3



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. GARY ADAMS

**CASE NUMBER:** CR 19 146 WHA

**Is This Case Under Seal?** Yes    No ✓

**Total Number of Defendants:** 1 ✓    2-7    8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes    No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓    OAK    SJ

**Is this a potential high-cost case?** Yes    No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes    No ✓

**Is this a RICO Act gang case?** Yes    No ✓

**Assigned AUSA (Lead Attorney):** AUSA Joseph E. Springsteen

**Date Submitted:** 3/28/2019

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)